UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No.:  2:18-CR-37-3FL


UNITED STATES OF AMERICA    )
    )
vs.    )
    )            **ORDER TO SEAL**
    )
MALIK SHAWN MAYNARD,    )
              Defendant    )


Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 214 be sealed until such time as requested to be unsealed by Defense Counsel.


This the 5th day of November, 2019.


_____
The Honorable Louise W. Flanagan
United States District Judge