UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No.: 2:18-CR-37-3FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>MALIK SHAWN MAYNARD, )<br>Defendant ) | **ORDER TO SEAL** |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 270 be sealed until such time as requested to be unsealed by Defense Counsel.

This the __12th__ day of __February__, 2020.

_____
The Honorable Louise W. Flanagan
United States District Judge